DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FRANK RICHARD MASTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-131

_____

September 3, 2021

Appeal from the Circuit Court for Manatee County; K. Douglas Henderson and Heather Doyle, Judges.

Ita M. Neymotin, Regional Counsel, Second District, and Emily Fenker, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fort Myers, for Appellant.

Ed Brodsky, State Attorney, Twelfth Judicial Circuit, and Robert Gail, Assistant State Attorney, Bradenton, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.